1 Randolph S. Hicks, Esq. – SBN 83627
Douglas E. Johns, Esq. – SBN 314798
2 **CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
3 555 Twin Dolphin Drive, Suite 300
Redwood City, CA 94065-2133
4 Tel.: 650.592.5400
Fax: 650.592.5027
5
**ATTORNEYS FOR** Defendant
6 Progressive Casualty Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BURNS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, a California Foreign Corporation; and DOES 1 through 40, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:19-CV-02336-KJM-DMC<br><br>ORDER APPROVING REQUEST TO APPEAR AT INITIAL SCHEDULING CONFERENCE BY TELEPHONE<br><br>Date:　　　　March 25, 2020<br>Time:　　　　10:00 a.m.<br>Courtroom:　304<br><br>Honorable Dennis M. Cota<br>United States Magistrate Judge |

The Court, having reviewed the Request to Appear at the Initial Scheduling Conference by Telephone and the declaration of Douglas E. Johns, Esq. counsel for defendant, Progressive Casualty Insurance Company, in support thereof, and good cause appearing, hereby orders as follows:

　　1.　　The Request to Appear at the Initial Scheduling Conference by Telephone filed by Douglas E. Johns, Esq. is hereby approved.

///

///

1

2. Counsel shall arrange for a telephonic appearance at the Initial Scheduling Conference pursuant to the Court's processes and procedures for making telephonic appearances through "CourtCall".

IT IS SO ORDERED.

Dated: March 12, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE