# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BURNS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PROGRESSIVE CASUALTY<br>INSURANCE COMPANY,<br><br>　　　　Defendant. | No. 2:19-CV-2336-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. On March 18, 2020, the Chief District Judge issued General Order 612 in light of the COVID-19 virus outbreak. That order provides in relevant part:

> All of the court's civil matters will be decided on the papers, or if the assigned Judge believes a hearing is necessary, the hearing will be held by telephone or videoconference. This applies to all matters including motion hearings, case management conferences, pretrial conferences, and settlement conferences.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Pursuant to General Order 612, the scheduling conference set for March 25, 2020, before the undersigned in Redding, California, is hereby submitted on the joint scheduling statement filed on March 5, 2020. By separate order, the Court will issue a schedule for this matter.

IT IS SO ORDERED.

Dated: March 19, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE