Collin M. Bogener, State Bar No.: 272560
Aaron W. Moore, State Bar No.: 248566
Michael L. Ricks, Jr., State Bar No.: 314687
**MOORE & BOGENER, INC.**
1600 West Street
Redding, California  96001
(530) 605-0355 / 605-3693 (fax)

Attorney(s) for Plaintiff
PAUL BURNS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BURNS, | CASE NO.: **2:19-CV-02336-KJM-DMC** |
| Plaintiff, | **STIPULATION AND ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE, RULE 19 EXTENDING TIME TO RESPOND TO DISCOVERY** |
| vs. | |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, a California Foreign Corporation; and DOES 1 through 40, inclusive, | Honorable Dennis M. Cota
United States Magistrate Judge |
| Defendants. | |

Plaintiff Paul Burns ("Plaintiff") and Defendant Progressive Casualty Insurance Company, Inc. ("Defendant"), by and through their respective attorneys of record, stipulate and agree to the following pursuant to Federal Rule of Court, Rule 29:

WHEREAS, on or about April 2, 2020, this Court, pursuant to the Federal Rule of Civil Procedure ("FRCP") 16(b) and 26(f) Conference of the Parties, issued a Scheduling Order setting the case for trial and establishing that written discovery would be served on one another;

WHEREAS, on or about March 16, 2020, counsel for Defendant sent a notice by email of quarantine and office closure due to the COVID-19 pandemic;

WHEREAS, on or about March 19, 2020, Governor Gavin Newsom issued a shelter in place order in effect for the entire State of California due to the COVID-19 pandemic;

WHEREAS, counsel for Plaintiff closed their office on or about March 20, 2020 and are not meeting with clients in their office during this closure;

WHEREAS, Defendant served initial written discovery on Plaintiff on or about March 30, 2020, which included Requests for Production, Requests for Admissions, and Interrogatories (collectively "Initial Written Discovery.")

WHEREAS, due to the COVID-19 pandemic and resulting office closures, the parties seek to amend the scheduling order under FRCP Rule 16 and extend the time to respond to the already served discovery for a period of one month.

NOW THEREFORE, the parties, through their respective counsel, jointly propose and stipulate to the following:

1) The April 26, 2020 deadline to serve written discovery is revised to May 26, 2020 pursuant to FRCP 16.
2) Plaintiff's time to respond to the Initial Written Discovery is extended from March 29, 2020 to May 29, 2020 pursuant to FRCP 29.

Dated: April 17, 2020                MOORE & BOGENER, INC.

                                     By:_____
                                           Collin M. Bogener
                                           Michael L. Ricks
                                           Attorneys for Plaintiff
                                           Paul Burns

Dated: April 17, 2020                CODDINGTON, HICKS & DANFORTH

                                     By:_____
                                           Randolph S. Hicks
                                           Douglas E. Johns
                                           Attorneys for Defendant
                                           Progressive Casualty Insurance Company

_____ Page 2
**STIPULATION AND PROPOSED ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE, RULE 19 EXTENDING TIME . . .**
**Case No.: 2:19-CV-02336-KJM-DMC**

**ORDER**

FOR GOOD CAUSE SHOWN, pursuant to the stipulation of the parties, the Court orders as follows:

3) The April 26, 2020 deadline to serve written discovery is revised to May 26, 2020 pursuant to FRCP 16.

4) Plaintiff's time to respond to the Initial Written Discovery is extended from March 29, 2020 to May 29, 2020 pursuant to FRCP 29.

Dated: April 23, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND PROPOSED ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE, RULE 19 EXTENDING TIME . . .**
**Case No.: 2:19-CV-02336-KJM-DMC**