Randolph S. Hicks, Esq. – SBN 83627
Douglas E. Johns, Esq. – SBN 314798
**CODDINGTON, HICKS & DANFORTH**
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, CA 94065
Tel.: 650.592.5400
Fax: 650.592.5027

**ATTORNEYS FOR** Defendant
Progressive Casualty Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BURNS,<br><br>           Plaintiff,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, a California Foreign Corporation; and DOES 1 through 40, inclusive,<br><br>           Defendants. | Case No.  2:19-CV-02336-KJM-DMC<br><br>STIPULATION OF PLAINTIFF AND DEFENDANT TO EXTEND DEADLINES FOR FACT AND EXPERT DISCOVERY; ORDER<br><br>Honorable Kimberly J. Mueller<br>Chief United States District Judge |

Pursuant to Civil Local Rule 143 for the United States District Court for the Eastern District of California, plaintiff, Paul Burns, and defendant, Progressive Casualty Insurance Company, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on April 2, 2020, the Honorable Dennis M. Cota, pursuant to Federal Rule of Civil Procedure 16(b) ordered, in part, that non-expert, factual discovery shall be completed and all motions pertaining to discovery shall be noticed to be heard by January 21, 2021; the parties shall exchange initial lists of expert witnesses no later than January 21, 2021; rebuttal experts, if any, shall be designated by February 3, 2021; and expert discovery shall be completed and all motions pertaining to expert discovery shall be noticed to be heard on February 22, 2021;

///

1

1  WHEREAS, on December 2, 2020, the Honorable Kimberly J. Mueller issued a Minute
2  Order that on the Court's own motion and pursuant to Local Rule 230(g), defendant's Motion
3  for Summary Judgment or, in the Alternative, for Partial Summary Judgment was submitted
4  without oral argument, vacating the December 11, 2020 hearing date;
5  WHEREAS, the parties understand that due to the COVID-19 pandemic, a judicial
6  emergency in the United States District Court for the Eastern District of California was
7  declared on April 16, 2020 and is not scheduled to conclude until May 2, 2021;
8  WHEREAS, the April 16, 2020 Report of the Judicial Council of the Ninth Circuit
9  Regarding a Judicial Emergency in the Eastern District of California outlines that the Judicial
10 Emergency is exacerbated due to recent judicial vacancies;
11 WHEREAS, the pandemic and the Eastern District of California's limited resources has
12 greatly impacted court operations, including the timing of hearings and the rulings on motions,
13 the parties have agreed to stipulate to extend the fact and expert discovery deadlines until after
14 the Court rules on defendant's motion for summary judgment;
15 WHEREAS, the parties recognize that a ruling on defendant's Motion for Summary
16 Judgment or, in the Alternative, for Partial Summary Judgment may resolve the entire case;
17 WHEREAS, and notwithstanding, the parties agree that a ruling on defendant's Motion
18 for Summary Judgment or, in the Alternative, for Partial Summary Judgment is critical to the
19 resolution of the case, and a ruling will affect all future discovery and any potential
20 opportunities for the resolution of the case without trial;
21 WHEREAS, the parties agree that it is in their interests and the interests of the Court to
22 extend the time to complete all discovery including, but not limited to, fact discovery and
23 expert discovery while the Court rules on defendant's Motion for Summary Judgment or, in the
24 Alternative, for Partial Summary Judgment;
25 WHEREAS, the case has not been set for trial, and the Court has not yet set a final
26 Scheduling Conference to discuss trial preparation and scheduling.
27 ///
28 ///

IT IS HEREBY STIPULATED that all discovery including, but not limited to, non-expert factual discovery and expert discovery will be extended during the time that the Court is considering defendant's Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment.

IT IS HEREBY FURTHER STIPULATED that non-expert, factual discovery shall be completed and all motions pertaining to discovery shall be noticed to be heard by October 21, 2021.

IT IS HEREBY FURTHER STIPULATED that plaintiff and defendant shall exchange initial lists of expert witnesses no later than October 21, 2021 and designate rebuttal experts by November 4, 2021.

IT IS HEREBY FURTHER STIPULATED that expert discovery shall be completed and all motions pertaining to discovery shall be noticed to be heard by November 18, 2021.

IT IS SO STIPULATED.

Dated: January 7, 2021                MOORE & BOGENER, INC.

                                      /s/ Michael L. Ricks
                                      By: _____
                                          Collin M. Bogener
                                          Michael L. Ricks
                                          Attorneys for Plaintiff
                                          Paul Burns

Dated: January 7, 2021                CODDINGTON, HICKS & DANFORTH

                                      /s/ Douglas E. Johns
                                      By: _____
                                          Randolph S. Hicks
                                          Douglas E. Johns
                                          Attorneys for Defendant
                                          Progressive Casualty Insurance Company

3

Stipulation of Plaintiff and Defendant to Extend Deadlines for Fact and Expert Discovery, Order
Case No: 2:19-CV-02336-KJM-DMC                                                            727586

## ORDER

The Stipulation of Plaintiff and Defendant to extend the deadlines for fact and expert discovery is approved and adopted. Plaintiff and Defendant shall complete fact and expert discovery based on the dates in the Stipulation. The Court makes any further orders as further set forth below.

**PURSUANT TO STIPULATION, IT IS SO ODERED.**

Signed on the 11th day of January, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

4

Stipulation of Plaintiff and Defendant to Extend Deadlines for Fact and Expert Discovery, Order
Case No: 2:19-CV-02336-KJM-DMC                                                          727586