Randolph S. Hicks, Esq. – SBN 83627
Douglas E. Johns, Esq. – SBN 314798
CODDINGTON, HICKS & DANFORTH
A Professional Corporation, Lawyers
555 Twin Dolphin Drive, Suite 300
Redwood City, CA 94065
Tel.: 650.592.5400
Fax: 650.592.5027

ATTORNEYS FOR Defendant
Progressive Casualty Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BURNS,<br><br>        Plaintiff,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, a California Foreign Corporation; and DOES 1 through 40, inclusive,<br><br>        Defendants. | Case No.   2:19-CV-02336-KJM-DMC<br><br>SECOND STIPULATION OF PLAINTIFF AND DEFENDANT TO EXTEND DEADLINES FOR FACT AND EXPERT DISCOVERY<br><br>Honorable Kimberly J. Mueller<br>Chief United States District Judge |

Pursuant to Civil Local Rule 143 for the United States District Court for the Eastern District of California, plaintiff, Paul Burns, and defendant, Progressive Casualty Insurance Company, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on April 2, 2020, the Honorable Dennis M. Cota, pursuant to Federal Rule of Civil Procedure 16(b) ordered, in part, that non-expert, factual discovery shall be completed and all motions pertaining to discovery shall be noticed to be heard by January 21, 2021; the parties shall exchange initial lists of expert witnesses no later than January 21, 2021; rebuttal experts, if any, shall be designated by February 3, 2021; and expert discovery shall be completed and all motions pertaining to expert discovery shall be noticed to be heard on February 22, 2021;

///

1

Second Stipulation of Plaintiff and Defendant to Extend Deadlines for Fact and Expert Discovery
Case No:  2:19-CV-02336-KJM-DMC                                                                          794350

WHEREAS, on December 2, 2020, the Honorable Kimberly J. Mueller issued a Minute Order that on the Court's own motion and pursuant to Local Rule 230(g), defendant's Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment was submitted without oral argument, vacating the December 11, 2020 hearing date;

WHEREAS, on January 7, 2021, the parties stipulated to extend the deadlines for, and to complete, expert and fact discovery;

WHEREAS, on January 11, 2021, the Honorable Kimberly J. Mueller issued an order extending the time to complete all discovery including, but not limited to, non-expert, factual discovery and expert discovery during the time that the Court considers defendant's Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment;

WHEREAS, on January 11, 2021, the Honorable Kimberly J. Mueller ordered that non-expert, factual discovery shall be completed and all motions pertaining to discovery shall be noticed to be heard by October 21, 2021, plaintiff and defendant shall exchange initial lists of expert witnesses no later than October 21, 2021, plaintiff and defendant shall designate rebuttal experts by November 4, 2021, and that expert discovery shall be completed and all motions pertaining to discovery shall be noticed to be heard by November 18, 2021;

WHEREAS, as of August 11, 2021, the date of this Stipulation, the Court is still considering defendant's Motion for Summary Judgment or, in the Alternative, for Partial Summary Judgment;

WHEREAS, due to the COVID-19 pandemic, a judicial emergency in the United States District Court for the Eastern District of California was declared on April 16, 2020, and the parties understand that the Court may have strained resources because of the COVID-19 pandemic;

WHEREAS, the April 16, 2020, Report of the Judicial Council of the Ninth Circuit Regarding a Judicial Emergency in the Eastern District of California outlines that the Judicial Emergency is exacerbated due to recent judicial vacancies;

///

///

1  WHEREAS, the parties understand that the pandemic and the Eastern District of
2  California's limited resources have greatly impacted court operations, including the timing of
3  hearings and the rulings on motions, the parties have agreed to stipulate to extend the fact and
4  expert discovery deadlines until after the Court rules on defendant's Motion for Summary
5  Judgment or, in the Alternative, for Partial Summary Judgment;
6  WHEREAS, the parties recognize that a ruling on defendant's Motion for Summary
7  Judgment or, in the Alternative, for Partial Summary Judgment may resolve the entire case;
8  WHEREAS, and notwithstanding, the parties agree that a ruling on defendant's Motion
9  for Summary Judgment or, in the Alternative, for Partial Summary Judgment is critical to the
10 resolution of the case, and a ruling will affect all future discovery and any potential
11 opportunities for the resolution of the case without trial;
12 WHEREAS, the parties agree that it is in their interests and the interests of the Court to
13 extend the time to complete all discovery including, but not limited to, fact discovery and
14 expert discovery while the Court considers and eventually rules on defendant's Motion for
15 Summary Judgment or, in the Alternative, for Partial Summary Judgment;
16 WHEREAS, the case has not been set for trial, and the Court has not yet set a final
17 Scheduling Conference to discuss trial preparation and scheduling.
18 IT IS HEREBY STIPULATED that all discovery including, but not limited to, non-
19 expert factual discovery and expert discovery will be extended during the time that the Court is
20 considering defendant's Motion for Summary Judgment or, in the Alternative, for Partial
21 Summary Judgment.
22 IT IS HEREBY FURTHER STIPULATED that non-expert, factual discovery shall be
23 completed and all motions pertaining to discovery shall be noticed to be heard by July 28, 2022.
24 IT IS HEREBY FURTHER STIPULATED that plaintiff and defendant shall exchange
25 initial lists of expert witnesses no later than July 28, 2022 and designate rebuttal experts
26 by August 11, 2022.
27 ///
28 ///

1  IT IS HEREBY FURTHER STIPULATED that expert discovery shall be completed
2  and all motions pertaining to discovery shall be noticed to be heard by August 25, 2022.
3  IT IS SO STIPULATED.

4  Dated: August 11, 2021                MOORE & BOGENER, INC.

5                                        By: /s/ Michael L. Ricks
6                                        Collin M. Bogener
                                         Michael L. Ricks
7                                        Attorneys for Plaintiff
                                         Paul Burns
8
9
10 Dated: August 11, 2021                CODDINGTON, HICKS & DANFORTH

11                                       By: /s/ Douglas E. Johns
12                                       Randolph S. Hicks
                                         Douglas E. Johns
13                                       Attorneys for Defendant
                                         Progressive Casualty Insurance Company
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

The Stipulation of Plaintiff and Defendant to extend the deadlines for fact and expert discovery is approved and adopted. Plaintiff and Defendant shall complete fact and expert discovery based on the dates in the Stipulation. The Court makes any further orders as further set forth below.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Signed on the 16th day of August, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE