**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL BURNS, | No. 2:19-CV-2336-KJM-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pursuant to the parties' stipulation, ECF No. 28, the schedule for this litigation is modified as follows:

All discovery, including but not limited to, non-expert factual discovery and expert discovery will be extended during the time that the Court is considering Defendant's motion for summary judgment or, in the alternative, for partial summary judgment.

Non-expert factual discovery shall be completed and all motions pertaining to such discovery shall be noticed to heard by July 28, 2022.

Plaintiff and Defendant shall exchange initial lists of expert witnesses no later than July 28, 2022, and designate rebuttal experts by August 11, 2022.

///

1  Expert discovery shall be completed and all motions pertaining to such discovery
2  shall be noticed to be heard by August 25, 2022.
3  IT IS SO ORDERED.
4
5  Dated:  August 18, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2